IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HEATH LUNSFORD,**     **PLAINTIFF**
ADC #610007

v.     CASE NO. 4:19-CV-00681 BSM

**SHANE DAVIS et al.**     **DEFENDANTS**

### ORDER

The clerk is directed to immediately transfer the entire case file to the United States District Court for the Western District of Arkansas. Venue properly lies in the Western District because the defendants reside there and the events giving rise to this cause of action allegedly occurred there. *See* 28 U.S.C. § 1391(b). The interests of justice are best served by transfer. *See* 28 U.S.C. § 1406(a). The pending motion to proceed *in forma pauperis* [Doc. No. 1] is left to the Western District.

IT IS SO ORDERED this 1st day of October 2019.

_____
UNITED STATES DISTRICT JUDGE